```
                    FILED
              CLERK U.S. DISTRICT COURT
        (Space Below Reserved for Filing Stamp Only)
                  OCT 2 4 2008
           CENTRAL DISTRICT OF CALIFORNIA
           BY                          DEPUTY
```

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICHARD WHITMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN M. LINTON, an individual, and CLEARVIEW PARTNERS, LLC, a Texas Limited Liability Company,<br><br>　　　　Defendants. | Case No. CV-07-05829 SVW-RCx<br><br>*The Honorable Stephen V. Wilson*<br><br>(PROPOSED) JUDGMENT ON REPORT OF ARBITRATION PROCEEDINGS, DECISION AND ARBITRAL AWARD |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

(PROPOSED) JUDGMENT ON REPORT OF ARBITRATION PROCEEDINGS, DECISION AND ARBITRAL AWARD

LOS:111831.2

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

On June 24, 2008, the court-ordered arbitration of the above-referenced matter commenced. The issues presented have been tried or heard, and on August 25, 2008, a Report of Arbitration Proceedings, Decision and Arbitral Award ("Arbitral Award") rendered, which was lodged with this court on September 3, 2008.

IT IS ORDERED AND ADJUDGED THAT:

The Arbitral Award is confirmed, with Judgment in favor of Defendants John M. Linton and Clearview Partners, LLC, and an award is entered against Plaintiff in the amount of $62,925.46 payable to Defendants forthwith, with interest of 10% per year accruing from September 4, 2008, the 10th day after the Arbitral Award was issued.

Dated: October 22, 2008

_____
United States District Judge

Respectfully submitted,

ANDREWS KURTH LLP
   Jeffery Gordon
   Ralph W. Tarr
   Terry L. Higham

By: /s/ Terry L. Higham
Attorneys for Defendants
JOHN M. LINTON and CLEARVIEW PARTNERS, LLC

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

2

LOS:111831.2

(PROPOSED) JUDGMENT ON REPORT OF ARBITRATION PROCEEDINGS, DECISION AND ARBITRAL AWARD